**Order entered December 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00051-CV

**WINSTON ACQUISITION CORP, Appellant**

**V.**

**BLUE VALLEY APARTMENTS, INC, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-01373**

## ORDER

We **GRANT** appellant's December 2, 2013 second motion to extend time to file appellant's reply brief and **ORDER** appellant to file its reply brief no later than January 6, 2014.

Appellant is cautioned that no further extensions will be granted absent exigent circumstances.

/s/      ELIZABETH LANG-MIERS
         JUSTICE